# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN P. GASKIN, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) Civil Action No. 1:15-cv-0023-EGS |
| United States of America, | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

On behalf of plaintiffs in the above-captioned action, plaintiffs voluntarily dismiss the above-captioned action pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) without prejudice.

Plaintiffs will continue to pursue the claims in *Gaskin v. May*, No. 1:15-cv-0023-EGS.

Dated: May 4, 2020  Respectfully submitted,

    /s/ Lawrence J. Joseph

Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May 2020, I electronically filed the accompanying notice with the Court using the Electronic Case Filing system, which I understand to have caused electronic service on counsel for all the parties in this matter.

/s/ Lawrence J. Joseph
Lawrence J. Joseph